CASE NO. **00-6162**  CR-ROETTGER

UNITED STATES OF AMERICA, )
)
v. ) MAGISTRATE JUDGE
) SNOW
BARRY SMITH, a/k/a "Scar," )
BERNARD SMITH, a/k/a "Fatboy," )
SAM JONES, a/k/a "Sam Tyson," )
ELLIOT AIKEN, a/k/a "Pig," )
RAYMOND HICKS, )
ASIA NELSON, a/k/a "Adrian," )
EARL PARKER, and )
WILLIE WALKER, a/k/a "Unc," )
)
Defendants. )
_____ )



FILED by ___ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall seal the Indictment with the exception of copies of the Warrant for Arrest to be provided to the U.S. Marshals Service and the Federal Bureau of Investigation, until all defendants are arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of *June, 2000.*.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Kathleen Rice, AUSA