# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

EARL PARKER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6162

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EARL PARKER__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title _21_ United States Code, Section(s) __846__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_Jenny Butler_
Issuing Officer

6/15/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Pretrial Detention_

BARRY S. SELTZER
by _MAGISTRATE JUDGE_
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |