UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # ___55346-004___

UNITED STATES OF AMERICA        )
                    Plaintiff   )   Case Number: CR CC-6162-2t\crx
                                )   REPORT COMMENCING CRIMINAL FILED by ___ D.C.
        -vs-                    )   ACTION
_Earl Parker_                   )
                                )                        JUN 16 2000
        Defendant               )
************************************************************** CLERK U.S. DIST. CT.
TO: Clerk's Office    MIAMI   FT. LAUDERDALE    W. PALM BEACH S.D. OF FLA. FT. LAUD.
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
**************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _6/5/00_    _6:20_ am/pm

(2)  Language Spoken: _English_

(3)  Offense(s) Charged: _21 USC § 846_
                         _Consp. to disser_

(4)  U.S. Citizen  [✓] Yes    [ ] No    [ ] Unknown

(5)  Date of Birth: _11/3/15_

(6)  Type of Charging Document: (check one)
     [✓] Indictment  [ ] Complaint   To be filed  Already filed
     Case# _CC-6162-CR-Seitz_

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _S/Fla_

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _PTD neg._
Who set Bond: _Seltzer O_

(7)  Remarks: _____

(8)  Date: _____    (9) Arresting Officer: _Enly Thompson_

(10) Agency: _FBI_ _____    (11) Phone: (954) 938-2974

(12) Comments: _____