UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO __00-6162-CR-Roettger

UNITED STATES OF AMERICA
    Plaintiff

    Earl Parker
    Defendant

ORDER ON INITIAL APPEARANCE

Judge: English
Tape No.: 00-____
USA: Rice
Atty:

6-15-00
6-16-00

The above-named defendant having been arrested _____ having
appeared before the court for initial appearance, ____
and proceedings having been held in accordance ____

ORDERED as follows:

1. _____ appointed as _____ attorney.
   Address
   Zip Code _____ Telephone _____

   _____ Street _____
   Address
   Zip Code

3. City defendant ____

4. Arraignment: XXXXXXXXXXXXXXX
5. The defendant is held ____ because ____

____ A detention hearing pursuant to ____

6. The defendant shall be released from custody upon posting of the following type of appearance bond
pursuant to 18 U.S.C. 3142:
   150,000 Corp. Surety Recommended

This bond shall contain the standard conditions of bond printed on the form of this Court and, in
addition, the defendant must comply with the special conditions checked below:

    a. Surrender all passports and travel documents to the Pretrial Services Office of this Court
    b. Report to Pretrial Services as follows: ____ times a week by phone, ____ times a week in
   person, other ____
    c. Submit to random urine testing by Pretrial Services for the use of any non-medically-prescribed substances
   prohibited by law
    d. Maintain or actively seek full-time gainful employment
    e. Maintain or begin an educational program
    f. Avoid all contact with victims of or witnesses to the crimes charged
    g. Refrain from possessing a firearm, destructive device or other dangerous weapon
    h. Comply with the following curfew

1

___  7. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set ___ At Arrest  _____

On Warrant  _____

After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___  If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357. F.2d 303 (2 Cir 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

___  The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to certain civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at  Ft. Lauderdale this  16  day of  June  20 00

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F-144
Rev 04/00