| | | | |
|---|---|---|---|
| DEFT: | Earl Parker (J)# | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice *present* | ATTNY: | |
| AGENT: | | VIOL: | 21:46,841;18:1956; 21:853 |
| PROCEEDING: | Initial Appearance | BOND REC: | ~~150,000 Corp. Surety~~ PTD |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: CJA -
                                                 Steve Kassner
____ BOND SET @

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ____ D.C.
JUN 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House:
    ____ Electronic Monitoring

- advised of charge
- sworn
- fp counsel

NEXT COURT APPEARANCE:   DATE:       TIME:     JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING:        6-23-00    10:00    Snow ✓
PRELIM/ARRAIGN. OR REMOVAL: 6-23-00  10:00    Snow ✓
STATUS CONFERENCE: _____

DATE: 6-16-00   TIME: 11:00am   TAPE # 00-052   PG # 10
                                     400 — 1280
                                                  23/DM