# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   484 002

UNITED STATES OF AMERICA

V.

EARL PARKER

## WARRANT FOR ARREST

CASE NUMBER: **00-6162**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EARL PARKER__

CR-ROETTGER
Name MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title __21__ United States Code, Section(s) __846__

SOUTH... FT. LAUD. OFFICE
2000 JUN 16 AM 9:19
RECEIVED
U.S. DIST OF...

__Clarence Maddox__                    __Court Administrator/Clerk of the Court__
Name of Issuing Officer                 Title of Issuing Officer

/s/ Jenny Butler
Issuing Officer

Bail fixed at $ __Pretrial Detention__

6/15/00 at Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __MAGISTRATE JUDGE__
Name of Judicial Officer

/s/ Barry S. Seltzer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED 6/15/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

30/DM