# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

CJA 20 (Rev. 4-96)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|

1. ☐ MAG  2. ☒ DIST.  4. ☐ OTHER
   ☐ APPEALS  3.

4. APPEALS DOCKET NO.  
5. FOR (DISTRICT/CIRCUIT)  
6. LOC CODE  
7. CHARGE/OFFENSE (U.S. or other code citation)  
7A. CASE CODE

8. IN THE CASE OF _____ VS _____  
9. PERSON REPRESENTED (FULL NAME)  
9A. NO. REPRES.

10. PERSON REPRESENTED (STATUS):
1. ☐ DEFENDANT—ADULT   3. ☐ APPELLANT   5. ☐ OTHER
2. ☐ DEFENDANT—JUVENILE  4. ☐ APPELLEE

11. PROCEEDINGS (Describe briefly)

FILED by _____ D.C.
JUN 19 2000

12. PAYMENT CATEGORY
A. ☐ FELONY         C. ☐ PETTY OFFENSE   E. ☐ OTHER
B. ☐ MISDEMEANOR    D. ☐ APPEAL

13. COURT ORDER
O ☐ Appointing Counsel    F ☐ Subs for FD
C ☐ Co-Counsel            R ☐ Subs for Retained Atty
P ☐ Subs for Panel Atty _____
Name of prior panel attorney _____

Appt Date _____   Voucher No _____

14. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ _____
Date of Order

Nunc Pro Tunc Date

15. WORK PHONE

16A. Does the attorney have the preexisting agreement (see Instructions) with a corporation including a professional corporation?
☐ Yes   ☐ No

16B. SOCIAL SECURITY NO. (Only provide per instructions)
16C. EMPLOYER I.D. NO. (Only provide per instructions)

16D. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

---

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17 | a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below |
| IN COURT | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = _____) TOTAL HOURS = | | | $ |
| 18 | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below |
| OUT OF COURT | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = _____) TOTAL HOURS = | | | $ |
| 19 | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | 19A. TOTAL TRAVEL EXP. $ |
| EXPENSES | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD _____ TO _____

F ☐ Final Payment   I ☐ Interim Payment No _____   Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO   If yes, by whom where you paid? _____   How much? _____   Has the person represented paid any money to you or to your knowledge to anyone else in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets _____
I swear or affirm the truth or correctness of the above statement _____

▶ SIGNATURE OF ATTORNEY/PAYEE _____ DATE _____

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

APPROVED FOR PAYMENT

27. SIGNATURE OF PRESIDING JUDICIAL OFFICER _____ DATE _____ 27A. JUDGE/MAG CODE

28. SIGNATURE OF CHIEF JUDGE CT. OF APPEALS (OR DELEGATE) _____ DATE _____ 29. TOTAL AMT APPROVED $

COPY TO BE FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA