COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EARL PARKER    (J)         CASE NO:    00-6162-CR-ROETTGER
AUSA: KATHLEEN RICE  prs         ATTY:    STEVEN KASSNER  prs
AGENT: FBI Andrew Thompson       VIOL:
PROCEEDING (PTD) / ARRAIGNMENT   RECOMMENDED BOND
BOND HEARING HELD - (yes)/no     COUNSEL APPOINTED

     BOND SET @

     SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Gvt proceeded by proffer

S/A Andrew Thompson sworn fo, cross

                    PTD Ordered

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:  6-30    //    <55 ✓

Date: 6-23-00   Time 10:00   FTL/LSS
                             TAPE #00- 032  Begin: 2479  End:
                             and 033

FILED by _____ D.C.
JUN 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.