UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

vs

EARL PARKER

ARRAIGNMENT INFORMATION SHEET

FILED by _____ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: __CUSTODY_____ |
| | _____ |
| | Telephone:_____ |
| DEFENSE COUNSEL: | Name:____STEVEN KASSNER, ESQ._____ |
| | Address:_____ |
| | _____ |
| | Telephone:_____ |
| BOND SET/CONTINUED: | $_____PTD ORDERED_____ |

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __23RD__ day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Sutter_____
Deputy Clerk

Tape No. ____ 00-032/033_____

cc: Copy for Judge
    U. S. Attorney