UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff

CRIMINAL DIVISION
CASE NO: 00-6162-CR-ROETTGER

vs.

FLA. BAR. NO. 372331

EARL PARKER, et al,

    Defendant.
_____/

## NOTICE OF APPEARANCE

THE LAW OFFICE OF STEVEN H. KASSNER, ESQ, located at 815 Ponce De Leon Boulevard, Suite 303, Coral Gables, Florida, 33134, files this Notice of Appearance in the above-captioned matter.

IT IS HEREBY requested that a complete copy of any information and/or indictment and/or other charging document filed pertaining to the above-captioned matter be forwarded to the undersigned by the Clerk of this Court as provided by Rule 3.140 FRCrP, and it is further,

HEREBY REQUESTED, that the Clerk of this Court hereafter forward to the undersigned copies of all pleadings filed in the above-captioned matter, and further,

IT IS REQUESTED that the Clerk of this Court promptly notify the undersigned of the time, date and place of arraignment, hearings and trial pertaining to this matter to insure prompt appearance of the Defendant and the undersigned counsel before this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the United States Attorney's Office, Kathleen Rice, AUSA and Theresa M.B. Van Vliet, 500 East

*Law Offices of Steven H. Kassner*
815 PONCE DE LEON BLVD, SUITE 303 • CORAL GABLES, FLORIDA 33134 • TELEPHONE: (305) 461-2744

United States v. Earl Parker, et al
Case No.: 00-6162 CR-Roettger

Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394, this ___ day of June, 2000.

Respectfully submitted,

STEVEN H. KASSNER, ESQ
815 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA, 33134
Telephone: 305-461-2744

By: _____
Steven H. Kassner, Esquire
[Florida Bar No. 372331]