UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff

CASE NO: 00-6162-CR-ROETTGER

vs.

EARL PARKER, et al,
_____ Defendant. /

### WRITTEN PLEA OF NOT GUILTY
### PURSUANT TO RULE 3.170 RCrP

The Defendant by and through the undersigned counsel respectfully enters plea of not guilty pursuant to Rule 3.170, (a) RCrP. The Defendant denies each and every material allegation in the Information and/or Indictment and /or other charging document upon which the Defendant is to be tried.

The Defendant demands trial by jury and also requests fifteen (15) days to file motions attacking the form and legal sufficiency of the Information and/or Indictment and/or other charging document.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the United States Attorney's Office, Kathleen Rice, AUSA and Theresa M.B. Van Vliet, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394, this $2U$ day of June, 2000.

Respectfully submitted,

STEVEN H. KASSNER, ESQ
815 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA, 33134
Telephone) 305-461-2744

By: _____
Steven H. Kassner, Esquire
Florida Bar No. 372331

*Law Offices of Steven H. Kassner*
815 PONCE DE LEON BLVD, SUITE 303 • CORAL GABLES, FLORIDA 33134 • TELEPHONE: (305) 461-2744