UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6162-CR-ROETTGER/SNOW(s)(s)

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1956(h)
21 U.S.C. § 853
18 U.S.C. § 982
18 U.S.C. § 2



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BARRY SMITH, a/k/a "Scar," | ) |
| BERNARD SMITH, a/k/a "Fatboy," | ) |
| SAM JONES, a/k/a "Sam Tyson," | ) |
| ELLIOT AIKEN, a/k/a "Pig," | ) |
| RAYMOND HICKS, | ) |
| ASIA NELSON, a/k/a "Adrian," | ) |
| EARL PARKER and | ) |
| WILLIE WALKER, a/k/a "Unc," | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT I

From at least as early as December 1996 through in or about September 1999, in



Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BARRY SMITH, a/k/a "Scar,"**
**BERNARD SMITH, a/k/a "Fatboy,"**
**SAM JONES, a/k/a "Sam Tyson,"**
**ELLIOT AIKEN, a/k/a "Pig,"**
**RAYMOND HICKS,**
**ASIA NELSON, a/k/a "Adrian,"**
**EARL PARKER and**
**WILLIE WALKER, a/k/a "Unc,"**

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the Grand Jury, and with each other, to possess with intent to distribute in excess

of five kilograms of a Schedule II controlled substance, that is, a mixture and substance

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections

841(a)(1), (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

Defendant **SAM JONES, a/k/a "Sam Tyson,"** committed the above offense after two or

more prior convictions for a felony drug offense had become final.

Defendant **ELLIOT AIKEN, a/k/a "Pig,"** committed the above offense after a prior

conviction for a felony drug offense had become final.

Defendant **ASIA NELSON, a/k/a "Adrian,"** committed the above offense after a prior

conviction for a felony drug offense had become final.

Defendant **EARL PARKER** committed the above offense after two or more prior

convictions for a felony drug offense had become final.

### COUNT II

On or about November 28, 1997, in Broward County, in the Southern District of

Florida, and elsewhere, the defendant,

2

**BARRY SMITH, a/k/a "Scar," and**
**SAM JONES, a/k/a "Sam Tyson,"**

did knowingly and intentionally possess with intent to distribute in excess of 500 grams of a

Schedule II controlled substance, that is, a mixture and substance containing a detectable amount

of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and Title

18, United States Code, Section 2.

    Defendant **SAM JONES, a/k/a "Sam Tyson,"** committed the above offense after two or

more prior convictions for a felony drug offense had become final.

## COUNT III

    On or about July 23, 1999, in Broward County, in the Southern District of Florida

and elsewhere, the defendants.

**BARRY SMITH, a/k/a "Scar," and**
**WILLIE WALKER, a/k/a "Unc,"**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with

other persons known and unknown to the Grand Jury, to conduct and attempt to conduct financial

transactions, to wit: the transfer and delivery of monetary instruments affecting interstate and

foreign commerce and involving the proceeds of specified unlawful activity, that is, the illegal

distribution of cocaine, knowing that the transactions were designed in whole and in part to

conceal and disguise the nature, location, source, ownership, and control of the proceeds of said

specified unlawful activity, and knowing that the property involved in the financial transactions

represented the proceeds of some form of specified unlawful activity, in violation of Title 18,

United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code,

Section 1956(h).

3

## COUNT IV
### FORFEITURE

As a result of the felony offenses alleged in Count I and Count II (as to BARRY

SMITH and SAM JONES) of this Indictment, the United States is entitled to forfeiture of, and

the defendants,

**BARRY SMITH, a/k/a "Scar,"**
**BERNARD SMITH, a/k/a "Fatboy,"**
**SAM JONES, a/k/a "Sam Tyson,"**
**ELLIOT AIKEN, a/k/a "Pig,"**
**RAYMOND HICKS,**
**ASIA NELSON, a/k/a "Adrian,"**
**EARL PARKER and**
**WILLIE WALKER, a/k/a "Unc,"**

shall forfeit to the United States, any and all interest that they have in property constituting and

derived from any proceeds the defendants obtained, directly and indirectly, as the result of such

violations, and property used and intended to be used, in any manner or part, to commit and to

facilitate the commission of said violations, jointly and severally, pursuant to Title 21, United

States Code, Section 853.

A. Pursuant to Title 21, United State Code, Section 853(p), the United States further

intends to seek forfeiture of any property constituting or derived from any proceeds the

defendants obtained directly or indirectly as a result of the aforesaid violations and any and all

property used and intended to be used in any manner and part to commit and facilitate the

commission of the violations set forth in Count I and Count II.

If any of the above-described forfeitable property, as a result of any act or omission of the

defendants:

4

1.    cannot be located upon the exercise of due diligence;

2.    has been transferred or sold to, or deposited with, a third person;

3.    has been placed beyond the jurisdiction of the Court;

4.    has been substantially diminished in value; or

5.    has been commingled with other property which cannot be subdivided without

difficulty;

it is the intent of the United States, pursuant to Title 21, United State Code, Section 853(p), to

seek forfeiture of any other property of said defendants up to the value of the above

forfeitable property.

All in violation of Title 21, United States Code, Section 853.

**COUNT V**
**FORFEITURE**

As a result of the felony offense alleged in Count III of this Indictment, the United

States is entitled to forfeiture of, and the defendants,

**BARRY SMITH, a/k/a "Scar," and**
**WILLIE WALKER, a/k/a "Unc,"**

shall forfeit to the United States any and all property, real and personal, involved in the

aforestated offense and all property traceable to such property, pursuant to Title 18, United States

Code, Section 982.

If any of the above-described forfeitable property, as a result of any act or omission of the

defendants:

(a)    cannot be located upon the exercise of due diligence;

5

(b)    has been transferred or sold to, or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without

difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1),

to seek forfeiture of any other property of said defendants up to the value of the above forfeitable

property pursuant to Title 18, United States Code, Section 982.

A TRUE BILL:

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

6

| UNITED STATES OF AMERICA | CASE NO.     00-6162-CR-ROETTGER/SNOW(s)(s) |
|---|---|

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

BARRY SMITH, et al.                    **Superseding Case Information**:

**Court Division**: (Select One)

   \_\_\_ Miami    \_\_\_\_Key West
   \_X\_ FTL    \_\_\_\_ WPB \_\_\_FTP

New Defendant(s)        Yes  \_\_\_  No \_X\_
Number of New Defendants    \_\_\_
Total number of counts        \_5\_

I do hereby certify that:

1.     I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.     I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.     Interpreter:      (Yes or No) \_\_no_____
     List language and/or dialect    _____

4.     This case will take  \_6-8\_ days for the parties to try.

5.     Please check appropriate category and type of offense listed below:
     (Check only one)                                (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | \_\_\_\_ | Petty | \_\_\_\_ |
| II | 6 to 10 days | \_X\_ | Minor | \_\_\_\_ |
| III | 11 to 20 days | \_\_\_\_ | Misdem. | \_\_\_\_ |
| IV | 21 to 60 days | \_\_\_\_ | Felony | \_X\_ |
| V | 61 days and over | \_\_\_\_ | | |

6.     Has this case been previously filed in this District Court? (Yes or No)  \_No\_
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) \_\_\_No_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of  \_\_6/15/00_____
Defendant(s) in state custody as of  _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) \_\_\_\_\_ No _____

7.     Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_X\_ Yes \_\_\_ No    If yes, was it pending in the Central Region? \_X\_ Yes \_\_\_ No

8.     Did this case originate in the Narcotics Section, Miami? \_\_\_ Yes \_X\_ No

                                          _Kathleen Rice_

                                          KATHLEEN RICE
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. 100765

\*Penalty Sheet(s) attached                                              REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name BARRY SMITH, a/k/a "Scar"            Case No.  00-61621-ROETTGER(s)(s)

===============================     ==========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**        10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

=========================================================================
Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**        5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE
=========================================================================
Count #. 3

CONSPIRACY TO COMMIT MONEY LAUNDERING

18 U.S.C. § 1956(h)

**Max. Penalty:**        20 YEARS' IMPRISONMENT; $500,000 FINE
=========================================================================

Count #:


**Max. Penalty:**
=========================================================================

Count #:


**Max. Penalty:**
=========================================================================

=========================================================================


*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name BERNARD SMITH, a/k/a "Fatboy"          Case No.  **00-6162-CR-ROETTGER (s)(s)**

==================================    ===========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**        *10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE*

=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #.

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================

=================================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendant's Name SAM JONES, a/k/a "Sam Tyson"_____Case No. 00-6162-CR-ROETTGER(s)(s)

==================================     ===========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____ _____ _____

21 U.S.C. § 846 _____ _____ _____ _____ _____ _____

**Max. Penalty:**      MANDATORY LIFE IMPRISONMENT; $8,000,000 FINE
=================================================================================
Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE _____ _____ _____ _____

21 U.S.C. § 841(a)(1) _____ _____ _____ _____ _____ _____

**Max. Penalty:**      10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE
=================================================================================
Count #.

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================

=================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name ELLIOT AIKEN, a/k/a "Pig" _____        Case No.  **00-6162-CR-ROETTGER(s)(s)**

===================================     ==========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**       20 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $8,000,000 FINE

======================================================================================
Count #:

_____

_____

**Max. Penalty:**
======================================================================================
Count #.

_____

_____

**Max. Penalty:**
======================================================================================
*Count #:*

_____

_____

**Max. Penalty:**
======================================================================================
Count #:

_____

_____

**Max. Penalty:**
======================================================================================

======================================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**PENALTY SHEET**

Defendant's Name RAYMOND HICKS               Case No.   00-6162-CR-ROETTGER(s)(s)

=================================        ============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

21 U.S.C. § 846

**Max. Penalty:**       10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

=================================================================================
Count #:


**Max. Penalty:**
=================================================================================
Count #.


**Max. Penalty:**
=================================================================================
Count #:


**Max. Penalty:**
=================================================================================
Count #:


**Max. Penalty:**
=================================================================================


=================================================================================

*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.

**PENALTY SHEET**

Defendant's Name ASIA NELSON, a/k/a "Adrian" _____     Case No. __00-6162-CR-ROETTGER(s)(s)__

================================     ==========================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**      20 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $8,000,000 FINE

=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #.

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================
Count #:

_____

_____

**Max. Penalty:**
=================================================================================

=================================================================================


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** EARL PARKER _____    **Case No.** 00-6162-CR-ROETTGER(s)(s) _____

===================================    =============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____

21 U.S.C. § 846 _____

**Max. Penalty:**    MANDATORY LIFE IMPRISONMENT; $8,000,000 FINE
======================================================================================
Count #:

_____

_____

**Max. Penalty:**
======================================================================================
Count #.

_____

_____

**Max. Penalty:**
======================================================================================
Count #:

_____

_____

**Max. Penalty:**
======================================================================================
Count #:

_____

_____

**Max. Penalty:**
======================================================================================

======================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**PENALTY SHEET**

Defendant's Name WILLIE WALKER _____    Case No. **00-6162-CR-ROETTGER(s)(s)**

================================    =============================================

Count #: 1

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE _____ _____

21 U.S.C. § 846 _____ _____ _____ _____

**Max. Penalty:**    10 YEARS' MANDATORY MINIMUM TO LIFE IMPRISONMENT; $4,000,000 FINE

=====================================================================================
Count #: 3

CONSPIRACY TO COMMIT MONEY LAUNDERING _____ _____ _____

18 U.S.C. § 1956(h) _____ _____ _____ _____

**Max. Penalty:**    20 YEARS' IMPRISONMENT; $500,000 FINE
=====================================================================================
Count #.

_____ _____ _____ _____

_____ _____ _____ _____

**Max. Penalty:**
=====================================================================================
Count #:

_____ _____ _____ _____

_____ _____ _____ _____

**Max. Penalty:**
=====================================================================================
Count #:

_____ _____ _____ _____

_____ _____ _____ _____

**Max. Penalty:**
=====================================================================================

=====================================================================================


*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments,
parole terms, or forfeitures that may be applicable.


UNITED STATES DISTRICT COURT