```
              D.C.
   LLD 1 9 2000
   CLARENCE ... ...
   CLERK U.S. DIST. CT.
   S.D. OF FLA. Ft. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v

BARRY SMITH, ET AL

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for **FRIDAY JANUARY 5, 2001 at 11:30 A.M.** at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

STATUS TO SET TRIAL DATE

CLARENCE MADDOX, CLERK

DATED: 12/12/00

BY: *P. Hart*

Deputy Clerk

