HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 3/7/01
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: ___  Interpreter: ___

Plaintiff(s): U.S.A.  Counsel: Ryer

Defendant(s): S. Jones (J)  Counsel: P. Hunt
E. Parker (J)  S. Kissner

Reason For Hearing: Plea

Result of Hearing/Judgment: Ds plead & adj. as guilty PS Ordered. sent. set May 25, 2001 at 1:30 & 2:00 p.m. Ds remanded.

Misc.: ___

201/DM