UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff

CRIMINAL DIVISION
CASE NO: 00-6162-CR-ROETTGER

vs.

FLA. BAR. NO. 372331

EARL PARKER, et al,

        Defendant.
_____/

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

COMES NOW, the Defendant, EARL PARKER, by and through the undersigned attorney, pursuant to Rule 7.1 of Local Rules of the Southern District of Florida, and files this motion seeking a continuance of Mr. Parker's sentencing hearing currently set for Friday, May 25, 2001. As grounds for this request undersigned would state as follows:

1)     Mr. Parker is currently cooperating with the government and other criminal investigations. Pursuant to Mr. Parker's plea agreement if he renders substantial assistance the government will file a 5K1.1 motion asking this court to reduce any possible sentence he may receive from the court. It is expected that Mr. Parker will testify in the matter of **U.S.A. V. BARRY SMITH, Case No.: 00-6162-Cr-Roettger.**

2)     The defense would ask this court to continue the sentencing in this matter until after the resolution of Mr. Smith's case. Such a request would be in the interest of conserving judicial resources. Sentencing Mr. Parker on May 25, 2001 could require this court to hold an additional court hearing pursuant to Crim. R. 35.

3) Undersigned counsel has discussed this matter with Kathleen Rice, A.U.S.A., and she



United States v. Earl Parker, et al
Case No.: 00-6162 CR-Roettger

indicates that she does not have an objection to this motion.

4) Counsel apologizes for the late filing of this motion. Counsel recently finished trying the matter of **U.S.A. V. DWIGHT FLETCHER, Case No.: 01-6004**, before the honorable Judge William Dimitrouleas. Prior to that case counsel was in trial in the matter of **State of Florida V. STACII LEWIS, Case No.: F96-40366**, before the honorable Judge Gerald Bagley. Wherefore the defense would request that this honorable court would grant this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to the United States Attorney's Office, Kathleen Rice, AUSA, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394, this 23 day of May, 2001.

Respectfully submitted,
STEVEN H. KASSNER, ESQ
815 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA, 33134
Telephone: 305-461-2744

By: SHK

Steven H. Kassner, Esquire
[Florida Bar No. 372331]