|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF FLORIDA |

UNITED STATES OF AMERICA,

    Plaintiff,           Case No.: 00-6162-CR-ROETTGER

v.

                              **ORDER**

EARL PARKER, et al.,

        Defendants.    /



**THIS CAUSE** is before the Court on Defendant Earl Parker's motion to continue sentencing presently set for Friday, May 25, 2001. Upon consideration of the motion and the record in this cause, it is

        **ORDERED AND ADJUDGED** that the motion to continue sentencing is hereby **GRANTED**. Sentencing will be re-noticed.

        **DONE AND ORDERED** this **24** day of **May**, 2001.

                                          _____
                                          NORMAN C. ROETTGER
                                          UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

