HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCK   Date: 8/22/01
Courtroom Clerk: P. Hart   Court Reporter: Reeves
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Bice

Defendant(s): A B. Smith, et al   Counsel: all counsel present

Reason For Hearing: Status

Result of Hearing/Judgment: Fridays off, request for disclosure of PSI of witnesses + de-briefing reports of agents — resolved by all parties. Mot Sever - Denied. Mot Cames hrg pre-trial - Denied.

Misc.: _____