UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW



UNITED STATES OF AMERICA )
)
)
)
v. )
)
BARRY SMITH, a/k/a "Scar," )
et al., )
)
Defendants. )
)
_____ )

**GOVERNMENT'S NINTH SUPPLEMENTAL**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this ninth supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10. response to the Standing Discovery Order.

> C. In a debriefing with law enforcement in preparation for this trial, Earl Parker advised that there were no drugs in the Lincoln Navigator when it was stopped by law enforcement on July 21, 1999.
>
> The cases in which Michael Haynes testified are as follows: 98-6128-CR-ZLOCH and 99-6064-CR-DIMITROULEAS. Counsel for defendant, Barry Smith, was orally provided with this information at approximately 9:00 a.m., August 24, 2001.



Attached is the *Jencks* material for the Government's witnesses. Those reports constituting *Jencks* which have previously been provided in discovery are not contained in this packet.

The attachments to this response have not been filed with the Court. The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
KATHLEEN RICE
Assistant United States Attorney
Florida Bar No. 100765
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3512
Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered to all counsel of record this 24th day of August, 2001.

*[signature]*
KATHLEEN RICE
Assistant United States Attorney