FILED by _____ D.C.
AUG 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 70-6162-CR-NCR   Date: 8/28/01
Courtroom Clerk: F. Haut   Court Reporter: Birales
Probation Officer: _____   Interpreter: _____

Plaintiff(s): USA   Counsel: Rjci / Birabi

Defendant(s): B Smith, et al   Counsel: all counsel present

Reason For Hearing: cont jury selection

Result of Hearing/Judgment: Trial Began

Misc.: _____