FILED by _____ D.C.

AUG

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 8/29/01

Courtroom Clerk: F. Hart  Court Reporter: _Beente_

Probation Officer: _____  Interpreter: _____

Plaintiff(s): _USC_  Counsel: _Byer/Bradlet_

Defendant(s): _D Smith, et al_  Counsel: _All Counsel Present_

Reason For Hearing: _Trial_

Result of Hearing/Judgment: _Trial cont'd til 8/30/01_

Misc.: _____