UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v

EARL PARKER

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY NOVEMBER 6, 2001 at 11:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

CLARENCE MADDOX, CLERK

DATED: 10/22/01

BY: *P. Hart*

Deputy Clerk