UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW



UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
EARL PARKER                 )
_____ )

MOTION FOR SENTENCE REDUCTION PURSUANT TO U.S.S.G §5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, hereby states that the defendant EARL PARKER has provided substantial assistance in the prosecution of another person who has committed an offense, and therefore moves that the Court depart from the otherwise applicable guideline sentence in this case.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: _____
     KATHLEEN RICE
     ASSISTANT UNITED STATES ATTORNEY
     Florida Bar No. 100765
     500 E. Broward Blvd, Ste 700
     Fort Lauderdale, Florida 33394
     Telephone: (954) 356-7306, ext. 3512
     Facsimile: (954) 356-7336

cc:    Special Agent Andrew Thompson
       Federal Bureau of Investigation



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Mail this 5th day of November, 2001 to: Steve Kassner, Esquire, 815 Ponce de Leon Boulevard, Suite 303, Coral Gables, Florida 33134-3007.

KATHLEEN RICE
ASSISTANT U.S. ATTORNEY