

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6162-CR-NCR  Date: 11/6/01
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: present  Interpreter: ___
Plaintiff(s): U.S.A.  Counsel: ___

Defendant(s): E. Parker (J)  Counsel: S. Kassner

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Fine served.

Misc.: ___

